**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| **DERRICK D. CANNON,** on behalf of himself and all other similarly situated<br><br>**Plaintiff,**<br><br>v.<br><br>**WHELAN SECURITY CO., D/B/A**<br>**GARDAWORLD SECURITY SERVICES**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)   **Case No. 4:24-cv-00830-HEA**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT REGARDING SETTLEMENT DISCUSSIONS

COME NOW Defendant Whelan Security Co., d/b/a GardaWorld Security Services ("Defendant" or "Garda") and Plaintiffs (together, the "Parties"), by and through their respective undersigned counsel, and state as follows:

1.	Plaintiffs filed their operative Complaint on September 18, 2024. (ECF No. 22.)

2.	Defendant filed its Answer to the Amended Complaint on November 25, 2024. (ECF No. 28.)

3.	This Court issued its Order Setting Rule 16 Conference on April 3, 2025, ordering the Parties to submit a Joint Scheduling Plan by May 9, 2025, and setting the Rule 16 Conference for May 16, 2025, at 9:30 A.M. (ECF No. 30.)

4.	On May 9, 2025, the Parties filed a Joint Motion to Stay Order Setting Rule 16 Conference while the Parties exchanged relevant information.  (ECF No. 31.)

5.	On May 12, 2025, the Court entered a docket text order granting the Joint Motion and asking the parties to provide a status report within 60 days of the Order.  (ECF No. 32.)

6.	On July 11, 2025, the Parties filed a Status Report and Joint Motion for Extension of Time.  (ECF No. 34.)

7.      On July 14, 2025, the Court entered a docket text order granting the Joint Motion and asking the parties to provide a status report within 60 days of the Order.  (ECF No. 35.)

8.      On September 11, 2025, the Parties filed a Status Report and Joint Motion for Extension of Time.  (ECF No. 36.)

9.      On September 12, 2025, the Court entered a docket text order granting the Joint Motion and asking the parties to provide a status report on or before November 12, 2025.  (ECF No. 37.)

10.      On November 12, 2025, the Parties filed a Status Report and Joint Motion for Extension of Time as the Parties worked to explore the possibility of participating in early mediation of this matter.  The Parties requested to file another Status Report by February 27, 2026.  (ECF No. 38.)

11.      On February 27, 2026, the Parties filed a Status Report and Joint Motion for Extension of Time, explaining that the Parties scheduled mediation of this matter with experienced mediator Francis X. Neuner. (ECF No. 40.)  The Parties requested to file another Status Report by June 1, 2026.  (*Id.*)

12.      The Court granted this request. (ECF No. 41.)

13.      The Parties mediated this matter on May 20, 2026.  (*See* ECF No. 46.)

14.      Though the Parties did not resolve this matter at mediation, they continued to explore a potential resolution and filed a Status Report and Request for Extension of Time on May 29, 2026. (ECF No. 44.) The Parties requested to file another Status Report by July 1, 2026. (*Id.*)

15.      The Court granted this request. (ECF No. 45.)

16.     The Parties have not settled this case. While the Parties shall continue to confer regarding the posture and merits of the case, the Parties agree that this matter should be set for a scheduling conference.

17.     If the Parties do reach a settlement in principle prior to a scheduling conference, the Parties will file a joint notice of settlement immediately.

Respectfully submitted,

**LEWIS RICE LLC**

Dated:  July 1, 2026          By:     /s/ Michael L. Jente (w/consent)
                                        Neal F. Perryman, #43057
                                        Michael L. Jente, #62980
                                        Benjamin M. Farley, #69073
                                        600 Washington Avenue, Suite 2500
                                        St. Louis, Missouri 63101-1311
                                        Telephone: (314) 444-7661
                                        Facsimile: (314) 612-7661
                                        nperryman@lewisrice.com
                                        mjente@lewisrice.com
                                        bfarley@lewisrice.com

*Attorneys for Defendant*

By:     /s/ Colby Qualls
        Colby Qualls
        Ark. Bar No. 2019246
        FORESTER HAYNIE, PLLC
        10800 Financial Centre Pkwy, Suite 510
        Little Rock, AR 72211
        214-210-2100
        cqualls@foresterhaynie.com

*Attorney for Plaintiffs*

3