**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| **DERRICK D. CANNON**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>**v.**<br><br>**WHELAN SECURITY CO., d/b/a GARDAWORLD SECURITY SERVICES**<br><br>Defendant. | **Case No. 4:24-cv-00830-HEA**<br><br>**Jury Demanded** |

**NOTICE OF FILING ADDITIONAL CONSENTS**

Plaintiff hereby files the following Notice of Filing Additional Consents in connection with the above-entitled and numbered action, and in support attaches **Exhibit A – Consent Forms**, which contains consents for the following opt-in Plaintiffs:

1. Aaron Starks
2. Alesia Taylor
3. Andre Knox
4. Angela Madison
5. Angie Garner
6. Anthony Denard
7. Anthony Samuels
8. Ariana Owens
9. Avante Benton
10. Bailey Small
11. Bernadette Weston
12. Betina Ware

13. Brian Bunten
14. Bright Gyamfi
15. Calvin Shubrooks
16. Caretta Johnson
17. Chainice Kimbrough
18. Christian Dawson
19. Christopher Hagblom
20. Christopher Ware
21. Ciara Rondeau
22. Cory Guizar
23. Danesha White
24. Daniel Mccoy
25. Dawn Washington
26. Demoin Stroman
27. Derron Burns
28. Donna Mitchell
29. Donte Connors
30. Ebbie White
31. Elias Najm
32. Emani Smith
33. Everett Washington
34. George Holloway
35. George Moore

36. Glenn Lovitt
37. Halbert James
38. Harvey Hill
39. James William
40. Jaynell Davis
41. Jeffrey Wood
42. Jhauncey Steamer
43. Jillian Lukes
44. Jon Gouchenouer
45. Keith Sterling
46. Kevin Quach
47. Kortina Wade
48. Lavette Foster
49. Leighton Hill Jr.
50. Lisa Bettsfuller
51. Lori Ann Bonine
52. Melissa Ballard
53. Michael Echols
54. Michael Fountain
55. Michael Harrison
56. Michael Haskins
57. Mikal Murphy
58. Monte Cook

59. Nolan Scott
60. Okwudili G Onyeador
61. Paramjit Singh
62. Pete Rodriguez
63. Peter Jarjisian
64. Robert Thomas
65. Rodney Fair
66. Rodolfo Jimenez
67. Rojon Quadir Alexander
68. Ronnie Hope Jr.
69. Salexis Smith
70. Samantha Dean
71. Samson Saba
72. Sheron Bryson
73. Shonski Gibson
74. Stefanie Randle
75. Steve Maloney
76. Sunday Awodibo
77. Tekeisha Gayles
78. Timothy Bedran
79. Tony Cox
80. Willie Kirksey
81. Yecenia Cibrian

82. Yuri Stribling

Respectfully submitted,

*/s/ Colby Qualls*
**Colby Qualls**
Ark. Bar No. 2019246
FORESTER HAYNIE PLLC
10800 Financial Centre Pkwy., Suite 510
Little Rock, AR 72211
(214) 210-2100 phone
(469) 399-1070 fax
cqualls@foresterhaynie.com

***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

A copy of the foregoing document was filed using the Court's Electronic Case Filing System and will be served upon all counsel of record using the same.

*/s/ Colby Qualls*
**Colby Qualls**